PAUL M. WARNER, United States Attorney (#3389)
CARLIE CHRISTENSEN, Assistant United States Attorney (#0633)
Office of the United States Attorney
185 South State Street, Suite #400
Salt Lake City, Utah  84111
Telephone: (801) 524-5682

HOWARD M. RADZELY, Solicitor of Labor
MICHAEL A. STABLER, Regional Solicitor
ANN M. NOBLE, Associate Regional Solicitor
 and Special Assistant United States Attorney
1999 Broadway, Suite 1600
P. O. Box 46550
Denver, Colorado  80201-6550
Telephone: (303) 844-1745

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR, | Judge Paul G. Cassell<br>DECK TYPE: Civil<br>DATE STAMP: 08/26/2005 @ 15:59:33<br>CASE NUMBER: 2:05CV00718 PGC |
| Plaintiffs, | **COMPLAINT** |
| vs. | |
| LOCAL 1700, AMALGAMATED TRANSIT UNION, | |
| Defendant. | |

Elaine L. Chao, Secretary of Labor, complains of Local 1700, Amalgamated Transit Union and for cause of action alleges as follows:

## NATURE OF THE ACTION

1. This action is brought under Title IV of the Labor-Management Reporting and Disclosure Act of 1959, 29 U.S.C. §§ 481-84 (the "Act"), for a judgment declaring that the November 13, 2004 election of union officers conducted by Local 1700, Amalgamated Transit Union ("Defendant"), for the offices of President, Executive Vice-President, Region 1 Vice President, and Region 4 Vice President is void, and directing Defendant to conduct a new election for these offices under Plaintiff's supervision, and for other appropriate relief.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1345, and 29 U.S.C. § 482(b).

3. Venue lies in this district pursuant to 28 U.S.C. § 1391(b) and 29 U.S.C. § 482(b).

## PARTIES

4. Plaintiff Elaine L. Chao is the duly appointed Secretary of Labor, United States Department of Labor ("Plaintiff"). Plaintiff is authorized to bring this action under section 402(b) of Title IV of the Act, 29 U.S.C. § 482(b).

5. Defendant is, and at all times relevant to this action has been, an unincorporated association maintaining its principal office at 39 North Center Street, American Fork, Utah County, State of Utah.

## FACTUAL ALLEGATIONS

6. Defendant is, and at all times relevant to this action has been, a local labor organization engaged in an industry affecting commerce within the meaning of sections 3(i), 3(j) and 401(b) of the Act (29 U.S.C. §§ 402(i), 402(j) and 481(b)).

7. Defendant purporting to act pursuant to its Bylaws and the Amalgamated Transit Union's International Constitution and General Laws, conducted an election of officers on November 13, 2004. This election was subject to the provisions of Title IV of the Act (29 U.S.C. §§ 481-484).

8. By letter dated November 17 2004, to the Defendant, the complainant, Linda P. Barrett-Scott, a member in good standing of Defendant, protested the Defendant's November 13, 2004 election.

9. Having invoked the remedies available for three calendar months without receiving a final decision, the complainant filed a timely complaint with the Secretary of Labor on March 16, 2005, within the one calendar month required by section 402(a)(2) of the Act, 29 U.S.C. § 482(a)(2).

10. In a series of letters, the Defendant agreed that the time within which the Plaintiff may bring suit with respect to the Defendant's aforesaid election be extended to August 26, 2005.

11. Pursuant to section 601 of the Act (29 U.S.C. § 521), and in accordance with section 402(b) of the Act (29 U.S.C. § 482(b)), Plaintiff investigated the complaint and, as a result of the facts shown by her investigation, found probable cause to believe that: (1) a violation of Title IV

of the Act (29 U.S.C. §§ 481-484) had occurred in the conduct of the Defendant's November 13, 2004 election; and (2) that such violation had not been remedied at the time of the institution of this action.

12. Defendant violated section 401(b) of the Act, 29 U.S.C. § 481(b), in the conduct of the November 2004 primary election by failing to hold its election by secret ballot when numbers corresponding with members' names were placed on the replacement ballots.

13. The violation of section 401(b) of the Act (29 U.S.C. § 481(b)) may have affected the outcome of the Defendant's election for the offices of President, Executive Vice-President, Financial Secretary/Treasurer, Region 1 Vice-President, and Region 4 Vice-President.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment:

(1) Declaring the Defendant's election for the offices of President, Executive Vice-President, Financial Secretary/Treasurer, Region 1 Vice-President, and Region 4 Vice-President null and void;

(2) Directing the Defendant to conduct a new election for the offices of President, Executive Vice President, Region 1 Vice President, and Region 4 Vice President under the supervision of the Plaintiff;

(3) For the costs of this action; and

(4) For such other relief as may be appropriate.

DATED this 26th day of August, 2005.

                              PAUL M. WARNER
                              United States Attorney

                              /s/ Carlie Christensen
                              CARLIE CHRISTENSEN
                              Assistant United States Attorney

                              HOWARD M. RADZELY
                              Solicitor of Labor

                              MICHAEL A. STABLER
                              Regional Solicitor

                              /s/ Carlie Christensen (for)
                              ANN M. NOBLE
                              Associate Regional Solicitor and
                              Special Assistant United States Attorney

U.S. Department of Labor

OF COUNSEL:

KATHERINE E. BISSELL
Civil Rights and Labor-Management Division

SHARON E. HANLEY
Counsel for Labor-Management Programs

DENNIS A. PAQUETTE
Attorney

%JS 44   (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
ELAINE L. CHAO, Secretary of Labor
UNITED STATES DEPARTMENT OF LABOR

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
CARLIE CHRISTENSEN, Asst. United States Attorney
185 South State Street, Suite #400, Salt Lake City, Utah 84111

## DEFENDANTS
LOCAL 1700, AMALGAMATED TRANSIT UNION

County of Residence of First Listed Defendant   Utah County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

FILED
U.S. DISTRICT COURT
2005 AUG 26 P 3: 59
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☒ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☒ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Labor-Management Reporting and Disclosure Act, 29 U.S.C. Sections 481-84

Brief description of cause:
Declaratory judgment voiding past union election and directing a new election

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE: 08/26/2005
SIGNATURE OF ATTORNEY OF RECORD: *Carlie Christensen*

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____

Judge Paul G. Cassell
DECK TYPE: Civil
DATE STAMP: 08/26/2005 @ 15:59:33
CASE NUMBER: 2:05CV00718  PGC