Brett L. Tolman, United States Attorney (#8821)
Jeannette F. Swent, Assistant United States Attorney
United States Attorney's Office, District of Utah
185 South State Street, Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

Gregory F. Jacob, Solicitor of Labor
Michael A. Stabler, Regional Solicitor
John Rainwater, Associate Regional Solicitor
Jennifer A. Casey, Trial Attorney
1999 Broadway, Suite 1600
Denver, CO 80202-5710
(303) 844-1745

Attorneys for the Plaintiff

---

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

### CENTRAL DIVISION

---

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, | : |
| | :     CIVIL ACTION |
|         Plaintiff, | : |
| | :     Case No. 2:05-CV-00718 (PGC) |
|       v. | : |
| AMALGAMATED TRANSIT UNION LOCAL 1700, | :     **CERTIFICATION OF ELECTION** |
| | : |
|         Defendant. | : |

---

The election having been conducted in the above matter under the supervision of

the Secretary of Labor, United States Department of Labor, pursuant to an Order entered

1

January 23, 2007, in the United States District Court for the District of Utah, Central Division, in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C § 481 <u>et. seq.</u>) and in conformity with the Constitution and Bylaws of the defendant labor organization, insofar as lawful and practicable, therefore:

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

**IT IS HEREBY CERTIFIED** that the following named candidates have been duly elected to the offices designated:

| | |
|---|---|
| Bruce Hamilton | President |
| Jimmie L. McCoy | Executive Vice President (EVP) |
| Sesil Rubain | Financial Secretary/Treasurer |
| James Kennedy | Region 1 - EVP |
| Bill White | Region 2 – EVP |
| Ronald A. Jordan | Region 3 – EVP |
| Karen Miller | Region 4 – EVP |
| Eddie E. Bailey | Region 5 – EVP |

Attached herewith is a declaration setting forth the protests concerning violations which were alleged to have occurred in the conduct of the election and the findings of our investigation of these protests.

Signed this _14th_ day of May 2008.

_Patricia Fox_
Patricia Fox, Acting Chief
Division of Enforcement
Office of Labor-Management Standards
Employment Standards Administration
United States Department of Labor

## CERTIFICATE OF SERVICE

I certify that on May 20 , 2008, I electronically filed the Certification of Election with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the following counsel of record:

Brett L. Tolman, United States Attorney
Jeannette F. Swent, Assistant United States Attorney
U.S. Attorney's Office
185 South State Street, Suite 400
Salt Lake City, Utah 84101

Arthur Sandack
8 East Broadway, Suite 510
Salt Lake City, Utah 84111

Joseph M. Burns
Ed Gale
Jacobs, Burns, Orlove, Stanton & Hernandez
122 South Michigan Avenue, Suite 1720
Chicago, Illinois 60603-6145

/s/ Jeannette F. Swent
Jeannette F. Swent, AUSA

I further certify that on May 20 , 2008, copies of the Certification of Election were served first class mail, postage prepaid, on the following individuals:

James D. Walker
412 Rustic Road
North Versailles, PA 15137

/s/ Jennifer A. Casey
Jennifer A. Casey, Trial Attorney

4

## DECLARATION OF PATRICIA FOX

| | | |
|---|---|---|
| City of Washington | ) | |
| | ) | SS |
| District of Columbia | ) | |

I, Patricia Fox, declare as follows:

I am the Acting Chief of the Division of Enforcement, Office of Labor-Management Standards (OLMS), United States Department of Labor (Department). I caused an investigation to be made into the protests concerning violations of the Labor-Management Reporting and Disclosure Act of 1959 (Act or LMRDA), alleged to have occurred during the election of officers of Local 1700 of the Amalgamated Transit Union ("ATU") completed on December 3, 2007. The election was conducted under the supervision of the Department pursuant to a settlement agreement between the Department and Local 1700 approved by the United States District Court for the Central District of Utah on January 23, 2007.

The Department received two pre-election protests and two post-election protests from members in good standing of Local 1700 concerning the conduct of the supervised election.

Allegation:

Jerry Child alleged in a pre-election protest that Local 1700 failed to process certain members, who were likely to vote for Mr. Child, for membership. Child later submitted the names of 31 drivers who "should be paying dues, but are not."

Answer:

The investigation conducted by the Department of Labor, which included a review of the local's election and membership records, established that 26 of the 31 members were members in good standing and were mailed ballots for the 2007 election. The local's records established that the remaining five members were either not in good standing or were no longer members of the local when the ballots were mailed out. Therefore, the local did not mail them ballots. No violation occurred.

Allegation:

Child alleged in a pre-election protest that Bruce Hamilton, a candidate for President, improperly used a union resource during his campaign. Specifically, Child alleged Hamilton manipulated a union photo that included Senator Hilary Clinton to remove certain members from the photograph and then used the photograph in his campaign literature.

2

Answer:

The investigation determined that Hamilton was part of the union's negotiating team that conducted a negotiation with Greyhound Bus in Washington, D.C. During the negotiations, the entire negotiating team was invited to meet Senator Clinton because an aide of the Senator is the daughter of an ATU official. A group picture was taken during the meeting. The Senator's office then sent an autographed picture of the meeting to each member of the negotiating team.

Therefore, the investigation uncovered no evidence that the picture was property of the union. Instead, the photograph was a gift or memento from Senator Clinton's office to the individuals on the negotiating team. As such, Hamilton was free to use the photograph in his campaign material. No violation occurred.

Allegation:

Child alleged in a pre-election protest that Hamilton may have used a union list to conduct a telephone campaign. He also alleged Sesil Rubain, a candidate for Financial Secretary/Treasurer, used a union list to contact former officers and retirees during the campaign.

Answer:

Hamilton told investigators that he did not conduct a telephone campaign other than to call a few personal acquaintances to ask for their support. He denied he used any union

3

lists or equipment during his campaign and the investigation failed to uncover any evidence that he used any union list or equipment.

Rubain also denied he used any union list to campaign and the investigation failed to uncover any evidence that he did. Department investigators interviewed the one member whose name Child provided as someone Rubain called using the alleged union list. The member indicated Rubain called regarding a dues problem and did not campaign. No violation occurred.

Allegation:

Apolinar Gonzalez alleged in a pre-election protest that articles by President Hamilton and Financial Secretary/Treasurer Rubain in the fall 2007 issue of the local's newspaper created an "uneven playing field" for the election.

Answer:

The investigation, which included a review of the newspaper in question as well as several previous issues, indicated the articles were factual and dealt with issues of interest to the members. The articles contained no campaigning. The investigation also indicated it was common for the newspaper to include articles written by these officers No violation occurred.

4

Allegation:

William Wright requested in a post-election protest that his election for Executive Vice President of Region 5 be recounted. Wright lost by three votes.

Answer:

As part of its investigation, Department investigators conducted a recount by hand of the Executive Vice President of Region 5 election. The results of the recount were exactly the same as the original tally. No violation occurred.

Allegation:

Wright alleged in a post-election protest that numerous members did not receive ballots Wright later faxed Department investigators two lists containing the names of 32 members he claimed did not receive ballots.

Answer:

The investigation, which included a review of the union's membership and election records with respect to all 32 members, determined that ballots were mailed to 20 of the 32 persons at their last known home address. The investigation further established that 5 persons on the two lists were deceased and therefore could not and did not vote in the election. Two of the 32 members were members in another region and so received that region's ballot. The union's records further established that four of the remaining five

5

names on the lists were not eligible to vote at the time of the election and therefore were not sent a ballot.

The investigation established that the union failed to mail a ballot to one eligible member. This violation, however, could not have affected the outcome of any election because the closest margin of victory in the 2007 supervised election was three votes. In addition, any member who did not receive a ballot could have requested a duplicate ballot from the union

Allegation:

Wright alleged in a post-election protest that members did not receive sufficient information about the election process including how a member could, if necessary, request a duplicate ballot.

Answer:

The investigation, which included a review of the election materials, established that the union provided ample information regarding the election to its members  For example, the investigation established that a combined notice of nominations and election was mailed to the last known address of members.  The notice had the contact numbers for Department of Labor officials as well as officials at the Election Services Company ("ESC") if a member had any question concerning the election  The union had contracted ESC to conduct the election.

The notice also had the dates and detailed procedures for the election as well as the procedures for requesting a duplicate ballot. The union instructed shop stewards to post the notice on union bulleting boards at the work sites. The union also put notices and bulletins pertaining to the election on its website, bulletin boards, and its telephone message service. No violation occurred.

Allegation:

Wright alleged in a post-election protest that some members may have been confused by the election notice instructions and have thought that they only had to have their ballot postmarked by December 3, 2007 instead of received by that date.

Answer:

The investigation, which included a review of the union's election records, established that the deadline for the receipt of voted ballots was clearly set forth in the combined notice of nominations and election that was mailed to each member at his or her last known home address and posted on union bulletin boards. In addition, instructions on the ballot advised members that ballots had to be received at a designated post office box no later than 9:00 a.m on December 3, 2007 in order to be counted. No violation occurred.

Allegation:

Wright alleged in a post-election protest that President Hamilton promised a member that he would be sent a duplicate ballot by overnight mail. The member received the duplicate ballot by regular mail.

7

Answer:

The investigation, which included a review of the union's election records, indicated that the union through ESC sent out duplicate ballots by regular mail until Tuesday, November 27, 2007. On that day, the union began to send out duplicate ballots by overnight mail because it was within a week of the December 3, 2007 return date, even though the union was under no obligation to do so.

The investigation also established that the duplicate ballot in question was requested late in the day on November 23, 2007. Consistent with its practice regarding duplicate ballots, the union responded by sending out a duplicate ballot the next day by regular mail. The duplicate ballot was received in time to be voted and returned but was not mailed back by the voter. No violation occurred.

Allegation:

Michael Barksdale in a post-election protest requested a recount for the office of Executive Vice President, Region 1. Barksdale thought there may have been some problems with the scanning machine used in the original tally.

Answer:

As part of its investigation, Department investigators conducted a recount by hand of the Executive Vice President of Region 1 election. The results of the recount were exactly the same as the original tally. No violation occurred.

8

I declare under penalty or perjury that the foregoing is true and correct. Executed on this 6th day of _May_ 2008, in the City of Washington, District of Columbia.

Patricia Fox
Acting Chief
Division of Enforcement
Office of Labor-Management Standards
Employment Standards Administration
United States Department of Labor

9